UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| TONY RAY YBARRA, | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| Plaintiff, | |
| v. | |
| COMMISSIONER of SOCIAL SECURITY, | **CASE NO.:** 1:12-cv-01715-BAM |
| Defendant. | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

  X  The clerk is directed to file the complaint.

  X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this __19th__ day of __October__, __2012__.

__/s/ Barbara A. McAuliffe__
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer