BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8926
     Facsimile: (415) 744-0134
     Email: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TONY RAY YBARRA<br><br>    Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>    Defendant. | Case No.: 1:12-01715-BAM<br><br>**STIPULATION AND PROPOSED ORDER** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Management Order (CMO) will be extended by thirty (30) days.

    This extension is being requested because Defendant needs additional time to respond to the arguments Plaintiff raised in his Opening Brief. Therefore, with

this Court's approval, the Court's CMO shall be extended by 30 days, so that the Defendant may file her opposition to Plaintiff's opening brief on or before August 12, 2013 with all other dates in the Court's CMO to be extended accordingly.

Respectfully submitted,

Dated: July 11, 2013                    By: /s/ Vijay J. Patel
                                        (As authorized by email on July 8, 2013)

                                        VIJAY J. PATEL
                                        Law Offices of Lawrence D. Rohlfing
                                        Attorney for Plaintiff

Dated: July 11, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Daniel P. Talbert
                                        DANIEL P. TALBERT
                                        Special Assistant U. S. Attorney
                                        Attorneys for Defendant


ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until August 12, 2013, in which to file an Opposition to Plaintiff's Opening Brief.

IT IS SO ORDERED.

Dated:   **July 11, 2013**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE