BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    Email: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RAY YBARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-01715-BAM<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405 (g).

Upon remand, the Administrative Law Judge (ALJ) shall reevaluate the medical source opinions in the record.  Specifically, the ALJ will explain the weight given to the opinions of treating physician Robert Nguyen. M.D. found in Exhibit 13F and state agency physician P. Frye, M.D. found in Exhibit 8F.

Dated: July 25, 2013                By: /s/ *Vijay J. Patel*
                                    (As authorized by email on July 23, 2013)

                                    VIJAY J. PATEL
                                    Law Offices of Lawrence D. Rohlfing
                                    Attorney for Plaintiff

Dated: July 25, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:  /s/ *Daniel Talbert*
                                    DANIEL TALBERT
                                    Special Assistant U. S. Attorney
                                    Attorneys for Defendant

## **ORDER**

Pursuant to the Stipulation of the parties (Doc. 19), it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

Dated:   **July 25, 2013**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE