BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RAY YBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:12-cv-01715-BAM<br>_____<br><br>**JOINT MOTION FOR EXTENSION OF TIME** |

The parties hereby move by counsel that Defendant shall have an extension of time of 14 days from today to respond to Plaintiff's motion for attorney's fees.

At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration. Effective October 17, 2013, funds were

appropriated for the Department of Justice and the Social Security Administration, and attorneys in both offices are resuming their usual civil litigation functions.

Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in appropriations. The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible. As such, the Acting Commissioner requests a 14-day extension of time for filing the Commissioner's response to Plaintiff's motion for attorney's fees. The new due date will be November 1, 2013. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATED: October 21, 2013

By: /s/ *Vijay Patel*
(As authorized by email)
VIJAY PATEL
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Susan L. Smith*
SUSAN L. SMITH
Special Assistant U.S. Attorney
Attorneys for Defendant

Of Counsel:
TINA SALADINO
Assistant Regional Counsel
Social Security Administration

**ORDER**

Based on the parties' above Stipulation, IT IS HEREBY ORDERED that Defendant has a 14-day extension of time from October 18, 2013, to and including November 1, 2013, in which to file and serve their response to Plaintiff's motion for attorney's fees.  (Doc. 22).

IT IS SO ORDERED.

Dated:   **October 21, 2013**                    /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE